Law Offices of Gus Michael Farinella, P.C.
BY: RYAN GENTILE, ESQ.
110 Jericho Turnpike – Suite 100
Floral Park, NY 11001
201-873-7675
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
In re:

                                                    CHAPTER 13

       Biny A. Baig

                                                    Case No. 19-20468-JSK

                          Debtor.
------------------------------------------------------------X

**NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7 UNDER SECTION 1307(a)**

     RYAN GENTILE, of full age, certifies as follows:

1. I am the Attorney for Biny A. Baig, the Debtor herein. I am fully familiar with the facts and proceedings of his bankruptcy case.

2. On February 13, 2019, the Debtor filed a *pro se* bankruptcy in the Eastern District of New York, Central Islip Division.

3. On April 10, 2019, the Debtor filed a motion to change venue to this District

4. On May 14, 2019, the Bankruptcy Court in the Eastern District of New York granted the Debtor's motion, and the Debtor's case was transferred to this District.

5. Debtor is no longer able to comply with their Chapter 13 plan. They do not have enough money to pay their Chapter 13 plan and do not wish to modify their plan.

6. The Debtor qualifies as a Debtor under Chapter 7 of the Bankruptcy Code.

1

7. Under Section 1307(a) of the Bankruptcy Code, the Debtor is entitled to convert their Chapter 13 case to a case under Chapter 7 at any time, and the Debtor now wishes to convert their Chapter 13 case to a case under Chapter 7.

8. The conversion to Chapter 7 is made in good faith by the Debtor.

9. The present case was not converted to a Chapter 13 from any other Chapter.

WHEREFORE, the Debtor pursuant to Rule 1017(f)(3) of the Rules of Bankruptcy Procedure, hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 27, 2019

/s/ Ryan Gentile
_____
Ryan Gentile, Esq.