UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Biny A. Baig                                              Case No.:   19-20468 (JKS)

                                                                   Chapter:   7

                                                                   Judge:   John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on October 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 22 East 4th Street, Bayonne, NJ, having a fair market value of $240,000.00.

> Liens on property:
>
> | Harold Levinson Assoc. | Select Portfolio Servicing |
> |---|---|
> | $9,069.00 | $472,588.48 |
> | Midland Funding, LLC | Toyota Motor Credit Corp. |
> | $8,207.95 | $7,943.20 |

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  201-845-1000

F0038623 - 1