UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Biny A. Baig

Case No.: 19-20468 (JKS)

Chapter:  7

Judge:   John K. Sherwood

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|:---:|
| James J. Waldron |
| United States Bankruptcy Court |
| MLK Jr. Federal Building |
| 50 Walnut Street |
| Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on October 15, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice).  If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real property located at 22 East 4th Street, Bayonne, NJ, having a fair market value of $240,000.00.

Liens on property:

| | |
|---|---|
| Harold Levinson Assoc. | Select Portfolio Servicing |
| $9,069.00 | $472,588.48 |
| Midland Funding, LLC | Toyota Motor Credit Corp. |
| $8,207.95 | $7,943.20 |

Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Charles M. Forman, Trustee
Address:  Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  201-845-1000

F0038623 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-20468-JKS
Biny A Baig                                                            Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Sep 11, 2019
                             Form ID: pdf905       Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
```
db            +Biny A Baig,   22 East 4th Street, 2nd Fl,   Bayonne, NJ 07002-4204
aty           +Alexandros E Tsionis,   Shapiro, DiCaro & Barak, LLC,   One Huntington Quadrangle,   Suite 3N05,
               Melville, NY 11747-4468
cr             Kohl's,   Attn: Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
518263690     +BMW Bank of North America,   PO Box 23356,   Pittsburgh, PA 15222-6356
518263694     +Department Stores National Bank/Visa,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
518263696      FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
518263697     +First Data Global Leasing,   5565 Glenridge Connector NE, Suite 2000,   Atlanta, GA 30342-4799
518263699     +First Financial Portfolio Management Inc,   3091 Governors Lake Drive 500,
               Peachtree Corners, GA 30071-1135
518263700     +Harold Levinson Assoc.,   c/o Kathleen R. Wall, Esq.,   2640 Hwy. 70, P.O. Box A,
               Manasquan, NJ 08736-0631
518263701      Harold Levinson Assoc.,   19 Canfi Plaza N.,   Farmingdale, NY 11735
518263703     +KML Law Group PC,   Sentry Office Plaza,   216 Haddon Avenue, Suite 406,
               Westmont, NJ 08108-2812
518315772      Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518263707     +PNC,   300 Fifth Ave,   Pittsburgh, PA 15222-2401
518263711     +PSE&G New Jersey,   P.O. Box 14444,   New Brunswick, NJ 08906-4444
518263710      Pressler and Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
518263713     +RUBIN & ROTHMAN,   1787 VETERANS HWY- P.O.BOX 9003,   ISLANDIA, New York 11749-9003
518263681     +SELECT PORTFOLIO SERVICE,   1730 W OLYMPIC SUITE 100,   LOS ANGELES CA 90015-1021
518263682     +Select Portfolio Servicing, Inc. as servicer for U,   c/o Shapiro, DiCaro & Barak LLC,
               One Huntington Quadrangle, Suite 3N05,   Melville, NY 11747-4468
518263715    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   PO Box 5855,
               Carol Stream, IL 60197-5855)
518263683      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
518263718     +Trident Asset Management,   P.O. Box 888424,   Atlanta GA 30356-0424
518263722      U.S. Bank NA, successor trustee to Bank of America,   Select Portfolio Servicing, Inc.,
               P.O. Box 65250,   Salt Lake City UT 84165-0250
518263719    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US BANK NA,   BANKRUPTCY DEPARTMENT,   PO BOX 5229,
               CINCINNATI, OH 45201-5229)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 00:08:24   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 00:08:18   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518263689     +E-mail/Text: g17768@att.com Sep 12 2019 00:07:14   AT&T,   c/o Bankruptcy,
               4331 Communications Dr,   Flr 4W,   Dallas TX 75211-1300
518263685      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2019 00:16:55
               American InfoSource LP as agent for,   First Data Global Leasing,   PO Box 248838,
               Oklahoma City, OK 73124-8838
518263687      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2019 00:16:55
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK 73124-8838
518263686      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2019 00:16:55
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK 73126-8941
518263688     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 12 2019 00:08:14   Asset Acceptance LLC,
               Po Box 2036,   Warren MI 48090-2036
518263691     +E-mail/Text: bnc-capio@quantum3group.com Sep 12 2019 00:08:14   Capio Partners LLC,
               1745 N. Brown Rd., Ste 450,,   Lawrenceville, GA 30043-8157
518263692     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2019 00:04:55
               Capital One Bank Usa NA,   PO Box 30281,   Salt Lake City, UT 84130-0281
518263693     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2019 00:03:27   Credit One Bank Na,
               PO Box 98872,   Las Vegas, NV 89193-8872
518263695      E-mail/Text: mrdiscen@discover.com Sep 12 2019 00:07:13   Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
518263698      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 12 2019 00:08:40
               FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,   c/o Jefferson Capital Systems LLC,   PO BOX 7999,
               SAINT CLOUD MN 56302-9617
518263702      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 12 2019 00:08:40   Jefferson Capital Systems LLC,
               PO BOX 7999,   SAINT CLOUD MN 56302-9617
518263704     +E-mail/Text: bncnotices@becket-lee.com Sep 12 2019 00:07:21   Kohls/capone,
               N56 W. 17000 Ridgwood Drive,   Menomonee Falls, WI 53051-7096
518263705     +E-mail/Text: bkr@cardworks.com Sep 12 2019 00:06:13   Merrick Bank Corp,   PO Box 9201,
               Old Bethpage, NY 11804-9001
518263706     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2019 00:08:17   Midland Funding, LLC,
               2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
```

```
District/off: 0312-2          User: admin               Page 2 of 2          Date Rcvd: Sep 11, 2019
                              Form ID: pdf905           Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518263684      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 00:04:08
                Orion Portfolio Services, LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk VA 23541-1021
518263708       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 00:03:25
                Portfolio Recovery Associates, LLC,   140 Corporate Blvd,   Norfolk, VA 23502
518263709       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2019 00:04:09
                Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
518263712       E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2019 00:08:08
                Quantum3 Group LLC as agent for,   Caplo Partners LLC,   PO Box 788,   Kirkland, WA 98083-0788
518263714       E-mail/Text: jennifer.chacon@spservicing.com Sep 12 2019 00:09:43
                Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
518265178      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 00:04:45          Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518263721      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2019 00:04:45          Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
518263723      +E-mail/Text: bankruptcy@trinityfs.com Sep 12 2019 00:08:57          Trinity Financial Services, LLC,
                2618 San Miguel Drive, Suite 303,   Newport Beach, CA 92660-5437
518263720      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 12 2019 00:06:16
                Verizon Wireless Bankruptcy Administrati,   500 Technology Drive,   Suite 550,
                Weldon Spring, MO 63304-2225
                                                                                         TOTAL: 25


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Select Portfolio Servicing, Inc. as servicer for U,   c/o Shapiro, DiCaro & Barak LLC,
                One Huntington Quadrangle, Suite 3N05,   Melville, NY 11747-4468
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518263716*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp.,   4 Gatehall Dr #350,
                Parsippany, NJ 07054)
518263717*      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
                                                                           TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
```
              Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
                lcapasso@formanlaw.com;cforman@iq7technology.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
                NA, successor in interest to Lasalle Bank National Association, as trustee et al
                rsolarz@kmllawgroup.com
              Ryan L. Gentile    on behalf of Debtor Biny A Baig rlg@lawgmf.com,
                rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```